**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| VICTOR MANOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:10cv00491 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| ENCORE RECEIVABLE | ) | |
| MANAGEMENT INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Victor Manos, by and through his attorney, M. LYNETTE

HARTSELL, and hereby notifies the Court that a Settlement Agreement has been reached.

Plaintiff will file the appropriate Stipulation of Dismissal with the Court, subsequent to the final

approval and exchange of documents between the parties.


Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com